UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<small>AN</small> W<small>EESE</small>,

       Plaintiff,

v.

       Case No.: 1:07-cv-785

       HONORABLE PAUL L. MALONEY

W<small>ALGREEN'S</small>,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #6). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court. Therefore,

**IT IS ORDERED** that Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted.

Dated: June 18, 2008

       /s/ Paul L. Maloney
       Paul L. Maloney
       United States District Judge